UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO FIGUEROA,

                       Plaintiff,

            -v-

HOME DEPOT U.S.A., INC.,

                      Defendant.

21-CV-6274 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on July 23, 2021. (Dkt. No. 1.) Counsel for the plaintiff is directed to file an appearance with this Court no later than August 11, 2021.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 5, 2021.

    SO ORDERED.

Dated: July 28, 2021
       New York, New York

                                                          J. PAUL OETKEN
                                                      United States District Judge